JULIUS LANGGUTH, Respondent, *v.* BICKFORD'S INC., Appellant, et al., Defendants.

Argued April 15, 1948; decided May 20, 1948.

*Royce A. Wilson* and *Lawrence J. McGinn* for appellant.
*Arthur G. Carney, Samuel J. Jackman* and *Salvatore J. Milano* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.